512

827 A.2d 373

**Roderick LEAR, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 5, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of May, 2003, probable jurisdiction is noted and the order appealed is affirmed.